# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 8:05CR103 |
| ) | |
| GERMAN MARTINEZ-ROSAS, ) | ORDER |
| ) | |
| Defendant. ) | |
| ) | |

Defendant has filed a motion to continue trial (#13). For good cause shown, I find that the motion should be granted.

**IT IS ORDERED:**

1. The motion for continuance (#13) is granted, and trial of this matter is hereby continued to **June 21, 2005**, before Judge Laurie Smith Camp and a jury.

2. The ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **May 24, 2005 and June 21, 2005**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act based on defense counsel's scheduling conflict. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**DATED May 23, 2005.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge